IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| 21st CENTURY CENTENNIAL INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 12-702-CG-M |
| AMANDA TAYLOR ) ) | |
| Defendant. ) | |

## DECLARATORY JUDGMENT

In accordance with the court's order entered this date, granting plaintiff's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of plaintiff, **21st Century Centennial Insurance Company** and against defendant, **Amanda Taylor** as follows:

> 21st Century Centennial Insurance Company owes no coverage for the claims made by Amanda Taylor under Policy No. 655 97 17 for damages Amanda Taylor alleges to have received in an accident that occurred on or about November 13, 2010.

**DONE and ORDERED** this 25th day of June, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE